**Elsibeth Brandee MCCOY,
Plaintiff—Appellant,**

**v.**

**Steve CANTERBURY, Administrative Director for Supreme Court of Appeals of West Virginia, Defendant—Appellee,**

**and**

**Supreme Court of Appeals of West Virginia; Cabell County Courthouse; Barbra Wills, Courthouse Administrator, Defendants.**

**No. 11–1017.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 2, 2011.

Decided: May 5, 2011.

Elsibeth Brandee McCoy, Appellant Pro Se. John Michael Hedges, Stephanie Shepherd, Byrne, Hedges & Lyons, Morgantown, West Virginia, for Appellee.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elsibeth Brandee McCoy appeals the district court's order dismissing her action filed under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 2003 & Supp. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *McCoy v. Canterbury*, No. 3:10–cv–00368, 2010 WL 5343298 (S.D. W.Va. Dec. 20 & 21, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*